JACOB REKOON, EXECUTOR OF LEOPOLDO R. TORRES, DECEASED, PETITIONER-APPELLEE, DEFENDANT IN CERTIORARI, v. GENERAL LEAD BATTERIES COMPANY, RESPONDENT-APPELLANT, PROSECUTOR IN CERTIORARI.

Argued January 19, 1938—Decided January 31, 1938.

Before Justices BODINE, HEHER and PERSKIE.

For the prosecutor, *Kellogg & Chance.*

For the defendant, *Avidan & Avidan.*

PER CURIAM.

In examining this application for a writ of *certiorari,* we concur with the findings of the bureau and the Court of Common Pleas that there was an accident arising out of and in the course of the employment. The employe suffering from tuberculosis, while lifting a heavy weight, felt a sudden strain which resulted in a hemorrhage. The reasoning in *Bernstein* v. *Kelly,* 114 *N. J. L.* 500; *affirmed,* 115 *Id.* 500, is controlling.

The application will be denied.